# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. MARKMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RACHEL LASOTA, et al,<br><br>　　　　Defendants.<br>_____ | ) NO. CV 15-3335-DDP (KS)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF UNITED<br>) STATES MAGISTRATE JUDGE<br>)<br>)<br>) |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, Defendants' motion to dismiss the Complaint ("Motion") and the parties' related briefing, the November 25, 2015 Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objections to the Report ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

　　　　Accordingly, IT IS ORDERED that: (1) the claims against Defendants David Chu, Clint Salo, Kiyo Teshima, J. Kellogg, College Hospital Cerritos, Rachel LaSota, Marianne Eckhoff, Maksim Degtyar, Kim Wilson, Does 1-10, and Sergeant Waughan are DISMISSED

with leave to amend; (2) the state law claims against Defendants Jeremy Tolen and Officer Keene are DISMISSED with leave to amend; and (3) the claims against the two state defendants – the Medical Board of California and the California Highway Patrol – are DISMISSED with prejudice.

Within 30 days of this Order, Plaintiff shall file either a First Amended Complaint consistent with the Report or a document entitled Notice Of Intent Not To File First Amended Complaint expressing Plaintiff's wish to proceed only on claims One through Seven against Defendants Tolen and Keene.

DATED: May 27, 2016

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE