# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. MARKMAN,<br>        **Plaintiff,**<br>v.<br>RACHEL LASOTA, et al.,<br>        **Defendants.** | NO. CV 15-3335-DDP (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative complaint, the Defendants' Motion for Summary Judgment (the "Motion") and related briefing, all of the records herein, and the Report and Recommendation of United States Magistrate Judge (the "Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Motion is GRANTED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: 11-8-18

                                            DEAN D. PREGERSON
                                    UNITED STATES DISTRICT JUDGE