# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| **ROBERT S. MARKMAN,** | ) | **NO. CV 15-3335-DDP (KS)** |
| **Plaintiff,** | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **RACHEL LASOTA, et al.,** | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:    11-8-18

                          _____
                              DEAN D. PREGERSON
                      UNITED STATES DISTRICT JUDGE